# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| LORAMAX LLC, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:15-CV-00759 |
| SOUTHWEST AIRLINES CO. | JURY TRIAL DEMANDED |
| Defendant. | |

## SOUTHWEST AIRLINES CO.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Southwest Airlines Co. states that it has no parent corporation and that there is no publicly held corporation owning 10% or more of its stock.

Dated: August 10, 2015

Respectfully submitted,

/s/ *Max Ciccarelli*
Max Ciccarelli
  State Bar No. 00787242
  Max.Ciccarelli@tklaw.com
Shivan Mehta
  State Bar No. 24083490
  Shivan.Mehta@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh St., Suite 1500
Dallas, Texas 75201
214.969.1700

**ATTORNEYS FOR DEFENDANT**
**SOUTHWEST AIRLINES, CO.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 10th day of August, 2015 in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

/s/ *Max Ciccarelli*
Max Ciccarelli
